| | |
|---|---|
| United States District Court District of Colorado<br>901 19th St.<br>Denver, CO 80294<br><br>Jaimie Lynn Kulikowski,<br><br>Plaintiff<br><br>v.<br><br>Jared Polis, Governor for the State of Colorado<br><br>Defendant | FILED<br>U.S. DISTRICT COURT<br>DISTRICT OF COLORADO<br>2020 OCT 21  PM 4: 28<br>JEFFREY P. COLWELL<br>CLERK<br>BY_____DEP. CLK<br><br><br>▲ COURT USE ONLY ▲ |
| Representation for Plaintiff:<br>Jaimie Lynn Kulikowski, Pro Se<br>1191 S. Yosemite Way Unit 45<br>Denver, CO 80247<br>303.319.5318<br>Jaimiecd6@gmail.com | Case Number:<br><br>Division            Court Room |
| **COMPLAINT & REQUEST FOR RELIEF** ||

COMES NOW Plaintiff, Jaimie Lynn Kulikowski, by and through pro se, speaking in first person pronouns for herself, and submits the following Complaint & Request for Relief.

### INTRODUCTION

I am blown away that the U.S. Department of Justice thinks restoring competition online is more urgent than restoring competition in life. That said, their case, 1:20-cv-03010, is setting a precedent for my case against Governor Jared Polis.

### COMPLAINT

I bring this action under Section 2 of the Sherman Act, 15 U.S.C. § 2, to restrain Governor Jared Polis from unlawfully maintaining monopolies through anticompetitive and exclusionary practices in the search for the American Dream market, and to remedy the harmful effects of this

conduct.

### A. PLAINTIFF INFORMATION

Jaimie Lynn Kulikowski
1191 S Yosemite Way Unit 45
Denver, CO 80247

303.319.5318
jaimiecd6@gmail.com

### B. DEFENDANT(S) INFORMATION

Governor Jared Polis
Office of the Colorado Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203
720.508.6000

### C. JURISDICTION

This action is pursuant to Section 4 of the Sherman Act, 15 U.S.C. § 4, to prevent and restrain Governor Jared Polis' violations of Section 2 of the Sherman Act, 15 U.S.C. § 2.

### D. STATEMENT OF CLAIM

CLAIM: Governor Jared Polis is holding an illegal monopoly over our right to search for the American Dream of life, liberty and happiness and is creating an anticompetitive and exclusionary environment with mask, social isolation, and social distancing orders.

SUPPORTING FACTS:

We are a free country. It is up for debate whether we are an evolutionist or creationist country. According to the evolutionist, life is about survival of the fittest. According to the creationist, life

2

is about survival of the believer. Regardless of what side of the science vs. faith debate a person is on, what is irrefutable for all Americans is we need the opportunity to compete for survival. We are a free country of free enterprise. Forcing everyone into obedient mask wearing, social distancing, and social isolation is weakening our competitive spirit. If we lose our competitive spirit, our economy and entire American foundation will collapse. We will also become a vulnerable target to international attacks. In order to maintain the strength of both our economy and national security, we MUST open schools and all public places back up to total normalcy. We MUST drop mask mandates. We MUST return to the American way of life that is rooted in liberty and competition for the American Dream. We cannot continue to halt our searches for the American Dream because of a disease that has a 0.3% incidence rate (see Oct 16, 2020 Tri-County Health Dept Public Health Order at https://www.tchd.org/DocumentCenter/View/7950/PHO_AdamsCounty_DialMitigation_101620 FINAL). Public health orders across Colorado are exclusionary because they exclude the physical, mental, and social health needs of over 99% of our population.

### E.     REQUEST FOR RELIEF

I request Governor Jared Polis be ordered to open Colorado back up to total normalcy in order to restore our right to search for the American Dream through liberty and competition. Our economic and national security depends on us returning to our old normal and denouncing the "new normal".

### CLOSING REMARKS

The U.S. Department of Justice is suing Google for anticompetitive practices because, as

Congressman David Cicilline states, "This step is long overdue. It is time to restore competition online." (The New York Times, October 21, 2020). The Department of Justice can kiss competition online good bye if American citizens lose their will to compete in life. Before we can restore competition online, we must first restore competition in life. We MUST open back up to the American way of life that is rooted in achieving the American Dream through liberty and competition.

- Jaimie Lynn Kulikowski, Congresswoman 2021, https://jaimielynn.com

### F. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Dated this 21st Day of October, 2020

                                                **s/Jaimie Lynn Kulikowski**
                                                Jaimie Lynn Kulikowski, Pro Se

JS 44 (Rev. 09/19)  District of Colorado

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Jaimie Lynn Kulikowski

**DEFENDANTS**
Governor Jared Polis

**(b)** County of Residence of First Listed Plaintiff: **Arapahoe**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **Denver**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Jaimie Lynn Kulikowski, Pro Se
1191 S Yosemite Way Unit 45
Denver, CO 80247    303.319.5318

Attorneys *(If Known)*
Terri Connell, Office of the Colorado Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203    720.508.6000

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☒ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/Exchange |
| | | | | ☐ 864 SSID Title XVI | |
| | | | | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Sections 2 & 4 of the Sherman Act, 15 U.S.C.

Brief description of cause:
Defendant is unlawfully maintaining monopolies in the search for the American Dream market

☐ AP Docket

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $ 0.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____   DOCKET NUMBER 1:20-CV-03010

DATE: 10/21/2020

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____